James C. McDANIEL, Plaintiff–
Appellant,

v.

APPRAISAL INSTITUTE, a Corporation
Organized Under the Laws of the State
of Illinois, fka American Institute of
Real Estate Appraisers of the National
Association of Realtors; Dan W. Maho-
ney, Husband; Susan Mahoney, Wife;
Sanders Solot, Husband; Ruth–Jean So-
lot, Wife, et al., Defendants–Appellees.

No. 94–17158.

United States Court of Appeals,
Ninth Circuit.

Sept. 16, 1997.

ORDER

The concurring opinion, filed June 30, 1997
[117 F.3d 421], is amended as follows:

Delete the first full sentence on Slip Opin-
ion page 7592 [117 F.3d at 424], starting with
"The Institute . . ." and replace it with: "The
Institute only accepts between two and seven
percent of its candidates, and MAI apprais-
ers get over 90% of the commercial business
in Southern Arizona."

With the above amendment, the appellant's
petition for rehearing and suggestion for re-
hearing en banc is DENIED. The appellee's
petition for rehearing is also DENIED.

Lanric HYLAND, Plaintiff–Appellant,

v.

Roy L. WONDER, Supervising Judge, Ju-
venile Court, Superior Court of the City
and County of San Francisco, individu-
ally and in his official capacity; Daniel
M. Hanlon, Presiding Judge, Superior
Court of the City and County of San
Francisco, individually and in his offi-
cial capacity; Dennis Sweeney, Chief
Probation Officer, San Francisco Juve-
nile Probation Department, individually
and in his official capacity; Fred Jor-
dan, Chief Probation Officer, San Fran-
cisco Juvenile Probation Department,
individually and in his official capacity;
Stephen La Plante, Director, Juvenile
Hall, individually and in his official ca-
pacity, Defendants–Appellees.

No. 95–15533.

United States Court of Appeals,
Ninth Circuit.

Oct. 6, 1997.

Prior report: 117 F.3d 405.

Before: SNEED, BOOCHEVER, AND
THOMPSON, Circuit Judges.

The opinion in the above-entitled case,
filed June 25, 1997, is amended as follows:

At Slip op. pg. 7353 [117 F.3d at 411, left
column, second full paragraph], at the end of
the paragraph numbered [3], change the "."
to a "," and add "and the Navy officer had
qualified immunity." Delete the following
sentence at the start of the next paragraph,
"That analysis applies here."

At Slip op. pg. 7355 [117 F.3d at 412, left
column, second full paragraph], on the sec-
ond line of the runover paragraph, change
the words "found a First Amendment viola-
tion on" to "applied a first amendment analy-
sis to."

With the opinion thus amended, the panel
has unanimously voted to deny the petition
for rehearing. Judge Thompson has voted to
reject the suggestion for rehearing en banc
and Judges Sneed and Boochever so recom-
mend. The full court has been advised of the
suggestion for rehearing en banc and no
active judge has requested a vote on whether
to rehear the matter en banc. Fed.R.App.
35.

The petition for rehearing is DENIED and
the suggestion for rehearing en banc is RE-
JECTED.